# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Priority Mail Parcel, USPS Tracking Number, 9505 5103 3162 5322 0471 40, postmarked November 18, 2015, addressed to Truly Blessed, 212 N Orchard Ave, Dayton, Ohio 45417, with a return address of Samantha Zoober. | )<br>)<br>)<br>) Case No. 3:15mj-497<br>)<br>)<br>) SHARON L. OVINGTON |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Priority Mail Parcel, USPS Tracking Number, 9505 5103 3162 5322 0471 40

located in the _____ Southern _____ District of _____ Ohio _____, there is now concealed *(identify the person or describe the property to be seized)*:
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 (a) (1), 843 (b) & 846 | Conspiracy to distribute a controlled substance<br>Possession with intent to distribute a controlled substance |

The application is based on these facts:
See attached affidavit of U.S. Postal Inspector McDonough

☒ Continued on the attached sheet.
☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Suzanne M. McDonough, U. S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11-20-15

*Judge's signature*

City and state: Dayton, Ohio

Honorable Sharon L. Ovington
Chief United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
DAYTON, OHIO

STATE OF OHIO )
) SS
COUNTY OF MONTGOMERY )

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, SUZANNE MCDONOUGH, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector, having been so employed since July 22, 1995. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for Southwest Ohio and Northern Kentucky. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

Your affiant attended a week-long national Inspection Service training course in October, 1997. The training involved narcotic investigation techniques, chemical field tests and training in the detection and identification of controlled substances being transported in the U. S. Mail. In September 1999 your affiant attended a two-week drug investigator's training course provided by the Drug Enforcement Administration that included training in drug identification, drug interdiction, confidential informant management, and undercover investigation practices. In addition to this formal training, your affiant has worked since 1996 with various federal, state and local law enforcement agencies in the investigation of the transportation of illegal drugs and their identification. Primarily your affiant's investigative attention relates to the mailing of narcotics within the continental United States. Infrequently investigations involve foreign originating packages, those referred by U. S. Customs, and those coming to your affiant's attention from other law enforcement agencies.

Your affiant has become aware that drug traffickers frequently use Express Mail, a business-oriented over-night service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances. As a result of investigations and successful controlled

substance prosecutions where Express Mail was used, your affiant has learned of certain characteristics indicative of other Express Mail items previously identified as containing narcotics or other dangerous controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, false or non-existent return address, addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

On December 5, 2013, a suspicious Express Mail Parcel was intercepted at the Dayton, OH Processing and Distribution Center. The parcel appeared suspicious due to the fact that it was mailed from San Francisco, CA 94110, and the Waiver of Signature section of the mailing label was signed. The Express Mail Parcel, Label Number, EU 901364704 US, addressed to Truly Blessed Co, 212 N Orchard Ave, Dayton, Ohio 45417, with a return address of Larry Davis, 1043 Olive Road, San Rafael, CA 94901, was opened pursuant to a Federal Search Warrant, and found to contain approximately 8.8 ounces of a green leafy substance that field tested positive for Marijuana.

On November 20, 2015, a suspicious Priority Mail Parcel was intercepted at the Dayton View Station Post Office, Dayton, OH 45406. The parcel appeared suspicious due to the fact that it was mailed from Richmond, CA 94805, and there was no street address listed for the return address.

This parcel is further identified as follows:

    **USPS Tracking Number:**   9505 5103 3162 5322 0471 40
    **Sender:**   Samantha Zoober
    **Addressee:**   Truly Blessed
    212 N. Orchard Ave.
    Dayton, Ohio 45417

2

Observation of the Express Mail Parcel indicated the parcel was mailed from the Mira Vista Station Post Office, Richmond, CA 94805. Through training and experience, your affiant has learned that the area in and around Richmaond, CA, is a location of known drug activity and a drug source location.

The CLEAR database was researched regarding the listed return address, Samantha Zoober. The information obtained from the system indicated no one by the name of Samantha Zoober is known to be associated with any address in the Richmond, CA 94805 zip code area.

The CLEAR database was also researched regarding the addressee, Truly Blessed, 212 N. Orchard Ave, Dayton, Ohio 45417. The information obtained from the database indicated no Business by the name of Truly Blessed is known to be associated with that address.

Officer Tonina Lamanna, Dayton Police Department, was contacted regarding the suspect parcel to arrange for a narcotic's canine to check the parcel. Officer Lamanna and her canine "Raika" are a currently certified narcotics team. The team was most recently certified by the International Police Work Dog Association. Officer Lamanna responded to the Dayton, OH Processing and Distribution Center where the parcel was placed in an office among several other similar parcels and presented to narcotic canine, "Raika", who alerted positively to the presence or odor of a controlled substance upon Priority Mail Parcel, USPS Tracking Number, 9505 5103 3162 5322 0471 40. Attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

This information, along with the parcel being mailed from a known drug source location and the positive alert of narcotic canine "Raika" is indicative of a drug package.

3

Based on the information contained herein, your affiant believes that contained in Priority Mail Parcel, USPS Tracking Number, 9505 5103 3162 5322 0471 40, is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentality's. Therefore, a search warrant to open the parcel is requested.

Further, your affiant sayeth naught.

_SMcDonough_
Suzanne McDonough
Postal Inspector

Subscribed and sworn to and before me this 20th day of Nov, 2013.

_Sharon L. Ovington_
Honorable Sharon L. Ovington
Chief United States Magistrate Judge

4

United States Postal Inspection Service
Pittsburgh Division

## OFFICER AFFIDAVIT

I, Officer T. Lamanna, AM, AND HAVE BEEN, EMPLOYED BY THE Dayton Police Department, SINCE 8/2001. AMONG OTHER DUTIES, I AM CURRENTLY THE ASSIGNED HANDLER OF NARCOTICS DETECTION CANINE "Raika", WHICH IS TRAINED AND CERTIFIED IN THE DETECTION OF THE PRESENCE OR ODOR OF NARCOTICS DESCRIBED AS FOLLOWS:

Marijuana, Hashish, Cocaine, Heroin, Methamphetamines, Ecstasy

ON 11/20/2015, AT THE REQUEST OF POSTAL INSPECTOR S. MCDONOUGH, I RESPONDED TO THE Dayton, OH Processing and Distribution Center WHERE "Raika" DID ALERT TO AND INDICATE UPON THE FOLLOWING DESCRIBED ITEM:

Priority Mail Parcel, USPS Tracking Number, 9505 5103 3162 5322 0471 40, addressed to Truly Blessed, 212 N Orchard Ave, Dayton, Ohio 45417, with a return address of Samantha Zoober.

BASED ON MY TRAINING AND EXPERIENCE AND THAT OF "Raika", I CONSIDER THE ABOVE DESCRIBED ITEM TO CONTAIN WITHIN OR UPON THE PRESENCE OR ODOR OF A NARCOTIC OR OTHER DANGEROUS CONTROLLED SUBSTANCE.

_____  11-20-15
(Signature and Date)

Cincinnati Field Office
895 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone: 513-684-8060
FAX: 513-684-8009